MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

CHARLES W. CARTER
5980 BRICKLIN STREET
WESTERVILLE, OH 43081,

20CV-06-3858
CASE NUMBER

PLAINTIFF,
VS.
AVENU INSIGHTS & ANALYTICS
C/O CORP SERVICE CO
100 SHOCKOE SLIP FL 2
RICHMOND, VA 23219-4100,

DEFENDANT.

**** SUMMONS ****         06/15/20

TO THE FOLLOWING NAMED DEFENDANT:
    AVENU INSIGHTS & ANALYTICS
    C/O CORP SERVICE CO
    100 SHOCKOE SLIP FL 2
    RICHMOND, VA 23219-4100

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    CHARLES W. CARTER
       5980 BRICKLIN STREET
       WESTERVILLE, OH 43081,

                                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    MARION H. LITTLE
    ZEIGER TIGGES LITTLE & LI
    SUITE 3500
    41 S HIGH STREET
    COLUMBUS, OH 43215

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

**EXHIBIT A**

BY: BROOKE ELLIOTT, DEPUTY CLERK

(CIV370-S03)

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

JUDGE C. ODONNELL

CHARLES W. CARTER,

    PLAINTIFF,

VS.

20CV-06-3858
CASE NUMBER

AVENU INSIGHTS & ANALYTICS,

    DEFENDANT.

CLERK'S ORIGINAL CASE SCHEDULE
-------------------------------

LATEST TIME OF OCCURRENCE

| | |
|---|---|
| CASE FILED | 06/15/20 |
| INITIAL STATUS CONFERENCE | ******** |
| INITIAL JOINT DISCLOSURE OF ALL WITNESSES | 11/02/20 |
| SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES | 12/28/20 |
| DISPOSITIVE MOTIONS | 03/22/21 |
| DISCOVERY CUT-OFF | 04/05/21 |
| DECISIONS ON MOTIONS | 05/17/21 |
| FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) | 06/03/21 0130PM |
| TRIAL ASSIGNMENT | 06/28/21 0900AM |

NOTICE TO ALL PARTIES
---------------------

    ALL ATTORNEYS AND PARTIES SHOULD MAKE THEMSELVES FAMILIAR WITH THE COURT'S LOCAL RULES, INCLUDING THOSE REFERRED TO IN THIS CASE SCHEDULE. IN ORDER TO COMPLY WITH THE CLERK'S CASE SCHEDULE, IT WILL BE NECESSARY FOR ATTORNEYS AND PARTIES TO PURSUE THEIR CASES VIGOROUSLY FROM THE DAY THE CASES ARE FILED. DISCOVERY MUST BE UNDERTAKEN PROMPTLY IN ORDER TO COMPLY WITH THE DATES LISTED IN THE RIGHT-HAND COLUMN.

                          BY ORDER OF THE COURT OF COMMON PLEAS,
                          FRANKLIN COUNTY, OHIO

__/__/__
DATE

MARYELLEN O'SHAUGHNESSY, CLERK

(CIV363-S10)

MARYELLEN O'SHAUGHNESSY

FRANKLIN COUNTY CLERK OF COURTS
GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: CHARLES W CARTER -VS- AVENU INSIGHTS & ANALYTICS

CASE NUMBER: 20CV003858

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT
CASE INFORMATION SHEET

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
AVENU INSIGHTS & ANALYTICS
C/O CORP SERVICE CO
100 SHOCKOE SLIP FL 2
RICHMOND, VA  23219-4100

JUVENILE CITATIONS ONLY:

HEARING TYPE:

__ Date already scheduled at : Courtroom:

**Electronically Requested by:** MARION H. LITTLE, JR.
**Attorney for:**

**THIS PAGE INTENTIONALLY LEFT BLANK**

IN THE FRANKLIN COUNTY, OHIO COMMON PLEAS COURT

| | |
|---|---|
| CHARLES W. CARTER<br>5980 Bricklin Street<br>Westerville, OH 43081 | :<br>:<br>: Case No. _____<br>: |
| Plaintiff, | :<br>: |
| vs. | : Judge _____<br>:<br>: |
| AVENU INSIGHTS & ANALYTICS<br>c/o CORPORATION SERVICE COMPANY<br>100 Shockoe Slip Fl. 2<br>Richmond, VA 23219-4100 | : Jury Demand Endorsed Hereon<br>:<br>:<br>:<br>: |
| Defendant. | :<br>: |

## COMPLAINT

For his complaint Against Defendant Avenu Insights & Analytics ("Defendant"), Plaintiff Charles W. Carter ("Plaintiff") alleges as follows:

## PARTIES

1. Plaintiff Charles W. Carter is a resident of Franklin County, Ohio. Plaintiff began his employment with Defendant on October 8, 2018, and was unlawfully terminated on December 19, 2019, at age 71, in violation of R.C. 4112.02(A) and 4112.99.

2. Upon information and belief, Defendant is a Virginia limited liability company conducting business throughout the United States in all 50 states, as well as 5 Canadian provinces. Its business includes the sale of various software solutions to governmental agencies, and to pursue such business, Defendants employs sales representatives throughout the United States to solicit business from some 15,000 government agencies in over 1,400 counties.

3. During his employment with Defendant, Plaintiff's home office was located at his residence in Westerville, Ohio, and thus the unlawful termination occurred in Franklin County, Ohio.

Case: 2:21-cv-01474-MHW-CMV Doc #: 1-2 Filed: 04/23/21 Page: 6 of 13 PAGEID #: 11
Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jun 15 1:37 PM-20CV003858
0F154 - S28

4. Venue is proper before this Court under, among other provisions, Civil Rule 3(C)(3), (6), and/or (12).

## FACTUAL ALLEGATIONS

5. R.C. 4112.02(1) states that it is unlawful for an employer to discriminate on the basis of age. The prohibition prohibits the termination of Ohio employees based of age.

6. Plaintiff's birth date is April 16, 1948, and thus he turned 72 on April 16, 2020.

7. Plaintiff commenced his employment as a Client Sale Executive with Defendant on or about October 8, 2018. Plaintiff has sold technology applications and solutions for governmental accounts over the last forty years.

8. Initially, Defendant hired Plaintiff to sell new business into then-existing customer accounts and to solicit business from new prospects and customers. In January 2020, Defendant modified Plaintiff Sales Executive duties so that his sale activities were limited to new prospects and customers. Plaintiff utilized the software "Salesforce" to document his sales activities. Recorded or document events included phone calls, email exchanges, and meetings with prospects or customers; estimates sales; and closing dates on sales contracts.

9. During his employment, Defendant never provided Plaintiff an employee evaluation. Nor was Plaintiff subject to any discipline, negative admonishment, or "write-up."

10. Plaintiff's areas of geographical responsibility on December 19, 2019 consisted of Western PA, Ohio, Kentucky, Indiana, Illinois, Michigan, Minnesota, and Wisconsin.

11. As of December 18, 2019, the day before Defendant's termination of Plaintiff, Defendant employed nine comparably situated salespersons. Of the nine, Plaintiff was one of two salespersons successfully signing work for Defendant and had two pending bids outstanding

potentially offering multi-year business for Defendant. Plaintiff was well qualified for his position.

12. Of the nine comparably situated salespersons as of December 18, 2019, one resigned on December 19, and discovery is required to determine the circumstances surrounding this separation.

13. On December 19 2019, as part of a purported restructuring, Defendant terminated three of the salespersons. The ages of the terminated salespersons were 55, 62 and Plaintiff at 72. Defendant did not terminate 5 other salespersons, all of whom were substantially younger than Defendant. Excluding the supervisor, the retained salespersons' ages were 40, 47, 52, and 52. In sum, every sales person retained by Defendant was at least twenty years younger than Plaintiff. Further, excluding the supervisor, Plaintiff terminated the three oldest sales persons and retained the younger salespersons.

14. Plaintiff was terminated supposedly as part of a restructuring in staff but replaced by a 47 year old sales person who Plaintiff had hired approximately 30 days earlier and was less qualified ("Successor"). Plaintiff's Successor was substantially younger than Plaintiff, lacked the same experience and qualifications as Plaintiff. But for his age, Defendant would have retained Plaintiff.

## COUNT ONE

15. Plaintiff realleges herein paragraphs 1 through 14 above.

16. Plaintiff was treated differently in the terms, conditions, and privileges of his employment based upon his age.

17. Defendant's actions constitute age discrimination in violation of R.C. 4112.02(A) and 4112.99 for which Plaintiff seeks compensatory damages from Defendant, including

3

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jun 15 4:37 PM-20CV003858
0F154 - S30
Case: 2:20-cv-03714-ALM-CMV Doc #: 1-2 Filed: 07/23/20 Page: 8 of 13 PAGEID #: 13

damages for emotional distress, plus punitive damages and attorneys' fees, interest and costs in an amount to be established at trial but not less than $25,000.00.

### COUNT TWO

### (Unjust Enrichment)

18. Plaintiff realleges and incorporates the foregoing paragraphs as if fully rewritten herein.

19. Defendant failed to compensate Plaintiff for a transaction in Allegheny County that Defendant submitted on December 19, 2019, and closed in 2020, and further has failed to compensate Plaintiff the two percent commission otherwise payable to him upon the completion of a job for other projects.

20. As a result of the conduct described above, Defendant has been unjustly enriched to the detriment of Plaintiff for which he seeks damages in an amount to be established at trial, but not less than $25,000.00.

WHEREFORE, Plaintiff demands that judgment be entered against Defendant in the sum of more than $25,000 plus interest, attorney's fees and costs, and such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(614) 365-7900 (fax)
little@litohio.com

Attorneys for Plaintiff

4

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable by right to a jury.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)

999-003:861541

**THIS PAGE INTENTIONALLY LEFT BLANK**

In the Court of Common Pleas, Franklin County, Ohio, General Division

Charles W. Carter
_____,
Plaintiff/Appellant,

vs.

Avenu Insights & Analytics
_____,
Defendant/Appellee,

Case No. _____

## Civil Case Filing Information Summary

**Type of Action/Case Classification:**

| | |
|---|---|
| ____ Professional Tort (Type A) ($225.00 Security Deposit Required) | ____ Product Liability (Type B) ($225.00 Security Deposit Required) |
| ____ Other Torts (Type C) ($225.00 Security Deposit Required) | ____ Workers Compensation (Type D) ($225.00 Security Deposit Required) |
| ____ Foreclosure (Type E) ($300.00 Security Deposit Required) | ____ Administrative Appeal (Type F) ($100.00 Security Deposit Required) |
| **X** All Other Civil Cases (Type H) ($225.00 Security Deposit Required) | ____ Cognovit Confession of Judgment (H) ($100.00 Security Deposit Required) |

JURY DEMAND? **Yes**    Total Security Deposit $ **225.00**
($300.00 Additional Security Deposit Required) (Yes or No)

Is a **TEMPORARY RESTRAINING ORDER** being requested at this time? **No** (Yes or No)

Is this a case in which **ALL** the issues presented are a result of the defendant(s) having signed and defaulted on a **COGNOVIT NOTE**? **No** (Yes or No)

Is this a **FORCIBLE ENTRY AND DETAINER** case? **No** (Yes or No)

Does this case include allegations of **CONSUMER SALES PRACTICES ACT** violations under Chapter 1345 or any other statutory consumer protection provision of the Ohio Revised Code? **No** (Yes or No)

**Refiling Information:**

If this is a **REFILING** of a previously dismissed case, please complete the following:

Previous Case No. _____    Original Judge _____

/s/ Marion H. Little, Jr.            **0042679**
Attorney/Party Signature             Attorney Ohio Sup. Ct. Registration No.

Marion H. Little, Jr.                614-365-9900
Attorney/Party Name (Type or Print)  Telephone Number

41 S. High St., #3500                614-365-7900
Mailing Address                      Facsimile Number

Columbus        OH    43215
City            State Zip Code

**THIS PAGE INTENTIONALLY LEFT BLANK**

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579



**CERTIFIED MAIL**

**USPS CERTIFIED MAIL**

9214 8901 1952 2806 7152 02

U.S. POSTAGE >> PITNEY BOWES
ZIP 43215 $ 006.45⁰
02 4W
0000360946 JUN. 19. 2020

20CV-06-3858    H    ADDR: 1
42679    MARION H. LITTLE

FORWARDING SERVICE REQUESTED

CARTE
AVENU INSIGHTS & ANALYTIC
C/O CORP SERVICE CO
100 SHOCKOE SLIP FL 2
RICHMOND, VA
         23219-4100

2321920CV03858CARTE